Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Robert Drexler (SBN 119119)
Robert.Drexler@capstonelawyers.com
Molly DeSario (SBN 230763)
Molly.DeSario@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Alfred Johnson and the Class

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JOHNSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WINCO FOODS, LLC, a Delaware limited liability company; WINCO HOLDINGS, INC., an Idaho corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-02288-DOC-(SHKx)<br><br>Hon. David O. Carter<br><br>**JUDGMENT**   [177] |

JUDGMENT

# JUDGMENT

Pursuant to the Court's Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting in part Defendant's Motion for Summary Judgment (Dkt. No. 167), which granted summary judgment to Defendants on those claims the Court had certified as class claims brought by Plaintiff Alfred Johnson ("Plaintiff"), and the Court's Order granting the parties' Joint Stipulation to Dismiss and Strike Portions of the First Amended Complaint, which struck and dismissed the remaining claims contained in the operative First Amended Complaint, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Before the Court is the parties' Joint Stipulation to Dismiss and Strike Portions of the First Amended Complaint. For the reasons outlined in the Joint Stipulation and for good cause appearing therein, the Joint Stipulation is **GRANTED** as follows:

1. Defendants shall have judgment in their favor and against Plaintiff and the class on the certified claims; and

2. Plaintiff's individual claims are dismissed with prejudice except for Plaintiff's class minimum wage claim, class overtime claim, class expense reimbursement claim, and derivative wage statement, waiting time, and unfair competition claims therefrom, that were predicated on a Drug Testing theory and adjudicated in the Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting in part Defendant's Motion for Summary Judgment (Dkt. No. 167); and

3. Plaintiff take nothing and that the parties shall bear their own respective costs of suit.

Dated: April 14, 2021

*David O. Carter*

Hon. David O. Carter
United States District Court Judge